IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


CHERYL L. IRONS                                                    PLAINTIFF


vs.                    Civil Case No. 5:07CV00276 HLJ


MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                     DEFENDANT


## JUDGMENT

    Pursuant to the Memorandum and Order filed in this matter on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

    SO ADJUDGED this 31st day of March, 2009.


_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE